Slip Op. 13-103

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **UNITED STATES STEEL CORPORATION**, <br><br> Plaintiff, <br><br> and <br><br> **NUCOR CORPORATION,** <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> **UNITED STATES**, <br><br> Defendant, <br><br> and <br><br> **UNION STEEL, POHANG IRON & STEEL CO., LTD., POHANG COATED STEEL CO., LTD., and HYUNDAI HYSCO**, <br><br> Defendant-Intervenors. | **Before: Timothy C. Stanceu, Judge** <br><br> **Court No. 09-00156** |

## JUDGMENT

Upon the parties' Stipulation of Dismissal of Count One (Zeroing) of the Complaint in

*Union Steel v. United States*, Court No. 09-00130 (July 10, 2013), in accordance with the

Opinion and Order issued in this case on April 25, 2012, Slip. Op. 12-55, ECF No. 131, upon

consideration of all papers and proceedings had herein, and upon due deliberation, it is hereby

**ORDERED** that the Final Results of Redetermination pursuant to Remand (July 15, 2011), ECF No. 105, be, and hereby are, affirmed; and it is further

**ORDERED** that entries of merchandise that are the subject of this litigation shall be liquidated in accordance with the final court decision in this action.

/s/ Timothy C. Stanceu
Timothy C. Stanceu
Judge

Dated: August 8, 2013
      New York, New York